CO-386-online
10/03

# United States District Court
# For the District of Columbia

Aktieselskabet af 21. November 2001, )
)
)
)
vs  Plaintiff )  Civil Action No._____
)
Fame Jeans, Inc., )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Aktieselskabet af 21. November 2001  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Aktieselskabet af 21. November 2001  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Terence P Cooney_ (signature)
Signature

D.C. Dist. Ct. No. 321539
BAR IDENTIFICATION NO.

Terence P. Cooney (c/o Oliver N. Blaise, III)
Print Name

P.O. Box 2039, 20 Hawley Street
Address

Binghamton, New York  13902-2039
City          State          Zip Code

(607) 723-9511
Phone Number