COUGHLIN & GERHART, L.L.P.
ATTORNEYS AND COUNSELLORS
20 HAWLEY STREET
P.O. BOX 2039
BINGHAMTON, NY 13902-2039
(607) 723-9511   FAX (607) 723-1530
TOLL FREE: 1-877-COUGHLIN
www.cglawllp.com

HENRY J. RODE II
PETER H. BOUMAN *
GORDON E. THOMPSON
MARK S. GORGOS
JAMES P. O'BRIEN
RICHARD W. MERTENS *
CARL A. KIEPER
JOSEPH J. STEFLIK, JR.
JEFFREY A. BROWN
DAVID H. GUY
BETH E. WESTFALL
GARY B. KLINE
SUSAN L. ENGLISH *
ROBERT R. JONES
PAUL J. SWEENEY ****
SUSAN A. INNEO *
KEITH A. O'HARA
OLIVER N. BLAISE III
MARY LOUISE CONROW
ROBERT J. MADIGAN, JR. *

ROBERT J. SMITH
RICHARD B. LONG
ROLLIN L. TWINING
FRANK NEMIA *
JOHN M. THOMAS
OF COUNSEL

KIRK O. MARTIN
TERENCE P. COONEY
XIBAI GAO *****
SPECIAL COUNSEL

SCOT G. MILLER ***
JEFFREY M. JACOBS **
LARS P. MEAD
MATTHEW J. SANTE
MEIYING Z. AUSTIN
JEFFREY HUSISIAN
RACHEL A. ABBOTT
ERIN L. PASSETTI

190 MAIN ST., P.O. BOX 462
AFTON, NY 13730
(607) 639-2222
FAX (607) 639-3726

176 MAIN ST., P.O. BOX 429
UNADILLA, NY 13849
(607) 369-3811
FAX (607) 369-3315

27-29 LAKE ST., P.O. BOX 250
OWEGO, NY 13827
(607) 687-0567
(607) 687-1831
FAX (607) 687-9860

400 M&T BANK BUILDING
118 NORTH TIOGA STREET
ITHACA, NY 14850
(607) 256-5049
FAX (607) 269-0199

125 WHEELER STREET
HANCOCK, NY 13783
(607) 637-3707

* ALSO ADMITTED IN PENNSYLVANIA
** ALSO ADMITTED IN MASSACHUSETTS
*** ALSO ADMITTED IN FLORIDA
**** ALSO ADMITTED IN NEW JERSEY & WEST VIRGINIA
***** ALSO ADMITTED IN PEOPLE'S REPUBLIC OF CHINA

April 5, 2006

Clerk's Office, Room No.1225
United States District Court
U.S.D.C., District of Columbia
3rd & Constitution Avenue, N.W.
Washington, D.C.  20001

**Filed Electronically**

    Re:    *Aktieselskabet af 21. November 2001 v. Fame Jeans, Inc.*
              *1:06-cv00585-RCL*

Dear Sir or Madam:

    I am writing to request that my name be placed as lead attorney for the plaintiff, Aktieselskabet af 21. November 2001, in the foregoing matter.  Currently, Terence P. Cooney, Esq. of my office is listed as lead attorney for the plaintiff.  Would you kindly list me as lead attorney and direct all correspondence and communications to my attention, rather than Mr. Cooney.  My District Court Bar Roll Number is NY0066 and my e-mail address is oblaise@cglawllp.com.

    Thank you for your attention to this matter.  Please contact me with any questions regarding this matter.

                               Respectfully,

                               Oliver N. Blaise, III
                               oblaise@cglawllp.com
                               Dist Ct. Bar Roll No. NY0066

ONB/caj
    cc    Terence P. Cooney, Esq.
           Fame Jeans, Inc. (6650 Cote de Liesse, St. Laurent, Quebec H4T 1E3, Canada)