IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

------------------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,       Case No.: 1:06-CV-00585-RCL

        Plaintiff,

vs.

FAME JEANS, INC.,
6650 Cote de Liesse, St. Laurent, Quebec H4T 1E3, Canada,

        Defendant.

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2006, I personally filed the attached Letter request from Plaintiff's Attorney, Oliver N. Blaise, III, on behalf of Plaintiff, AKTIESELSKABET AF 21, November 2001, using the CM/ECF system, which sent notification of such filing to the following:

**FAME JEANS, INC.,
6650 Cote de Liesse
St. Laurent, Quebec H4T 1E3 Canada**

**Terrence P. Cooney, Esq.
Plaintiffs Counsel
Coughlin & Gerhart, LLP
P.O. Box 2039
20 Hawley Street
Binghamton, New York  13902-2039
tcooney@cglawllp.com**

    And, I hereby certify that I have mailed, via the United States Postal Service-Certified Return Receipt Requested, the document to the following Participant(s):

**FAME JEANS, INC.,
6650 Cote de Liesse
St. Laurent, Quebec H4T 1E3 Canada**

                       /s/ Cynthia A. Jones