IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

------------------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,                Case No.: 1:06-CV-00585-RCL

        Plaintiff,

vs.

FAME JEANS, INC.,
6650 Cote de Liesse, St. Laurent, Quebec H4T 1E3, Canada,

        Defendant.

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on May 3, 2006, 2006, I personally filed the attached Waiver of Service of Summons from Attorney, Lewis F. Gould, Jr., on behalf of Defendant, FAME JEANS, INC., 6650 Cote de Liesee, St. Laurent, Quebec H4T 1E3, Canada, using the CM/ECF system, which sent notification of such filing to the following:

**Lewis F. Gould, Jr., Esq.**
**Counsel for Fame Jeans, Inc.**
**FAME JEANS, INC.,**
Duane Morris, LLP
30 South, 17th Street
Philadelphia, Pennsylvania  19103-4196
lfgould@duanemorris.com

    And, I hereby certify that I have mailed, via the United States Postal Service the document to the following Participant(s):

**Lewis F. Gould, Jr., Esq.**
**Counsel for Fame Jeans, Inc.**
**FAME JEANS, INC.,**
Duane Morris, LLP
30 South, 17th Street
Philadelphia, Pennsylvania  19103-4196
lfgould@duanemorris.com

/s/ Cynthia A. Jones