IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, Fredskovvej 5, 7330 Brande, Denmark, | ) ) ) Case No.: 1:06-CV-00585-RCL |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FAME JEANS, INC., 6650 Cote de Liesse, St. Laurent, Quebec H4T 1 E3, Canada, | ) ) ) ) ) |
| Defendant. | ) |

---

## MOTION TO ADMIT MAXIM A. VOLTCHENKO

Barry Golob, attorney with the law firm Duane Morris LLP ("Movant"), moves this Court pursuant to LCvR 83.2 of the Local Rules of the United States District Court of the District of Columbia for the admission *pro hac vice* of Maxim A. Voltchenko in the above-referenced case in order to represent Defendant. In support of this Motion, Movant shows this Court:

1. The law firm of Duane Morris LLP has been retained by Defendant to provide legal representation in connection with the above-entitled case, which is pending before this Court.

2. Maxim A. Voltchenko is an attorney of the law firm Duane Morris LLP with his office located at 30 South 17th Street, Philadelphia, Pennsylvania 19103.

3. Maxim A. Voltchenko regularly practices in federal courts.

4. Maxim A. Voltchenko has been a member in good standing of the State of New York since 1999 and has been a member in good standing of the State of Pennsylvania since

DM2\740466.1

2005. See Declaration of Maxim A. Voltchenko attached hereto as Exhibit A. Mr. Voltchenko also has been admitted to practice before the U.S. District Court for the Eastern District of Pennsylvania. See Exhibit A.

5. Movant is admitted to practice before this Court and is a member in good standing of the Bar of the District of Columbia. Movant has been a member of the Bar of the District of Columbia since June 3, 1996. Movant will also represent Defendant in this case.

6. A proposed order for the Court's convenience is submitted herewith.

WHEREFORE, Movant requests that this Court grant this Motion to admit Maxim A. Voltchenko to practice *pro hac vice* in this case on behalf of Defendant Fame Jeans, Inc.

This the 13th day of July, 2006.

Respectfully submitted,

/s/ Barry Golob
Barry Golob
D.C. Bar No. 437754
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
Telephone: 202-776-5236
Facsimile: 202-776-7801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001,<br>Fredskovvej 5, 7330 Brande, Denmark,<br><br>Plaintiff,<br><br>vs.<br><br>FAME JEANS, INC.,<br>6650 Cote de Liesse, St. Laurent,<br>Quebec H4T 1 E3, Canada,<br><br>Defendant. | Case No.: 1:06-CV-00585-RCL |

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I personally filed the attached Motion To Admit Maxim A. Voltchenko, Declaration of Maxim A. Voltchenko In Support Of Motion For Admission *Pro Hac Vice,* and Proposed Order, on behalf of Defendant, FAME JEANS, INC., using the CM/ECF system, which sent notification of such filing to the following:

>Oliver N. Blaise, III
>Terence Paul Cooney
>COUGHLIN & GERHART, LLP
>20 Hawley Street
>8th Floor East Tower
>Binghamton, NY  13902-2039
>tcooney@cglawllp.com
>
>Barry Golob
>DUANE MORRIS LLP
>1667 K Street, N.W.
>Suite 700
>Washington, D.C.  20006-1608
>bgolob@duanemorris.com

/s/ Barry Golob

DM2\740466.1

3