## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------

|  |  |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001,<br>Fredskovvej 5, 7330 Brande, Denmark, | )<br>)<br>) Case No.: 1:06-CV-00585-RCL |
| Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| FAME JEANS, INC.,<br>6650 Cote de Liesse, St. Laurent,<br>Quebec H4T 1 E3, Canada, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

---------------------------------------------------------------

### PROPOSED ORDER

This matter is before the Court on Movant's motion to admit Maxim A. Voltchenko *pro hac vice* to appear and participate in this matter as attorney for Defendant Fame Jeans, Inc. ("Fame Jeans"). The Court has concluded that there is good cause for admission *pro hac vice* of Mr. Voltchenko to appear and participate in this matter for Fame Jeans.

Accordingly, the Court hereby ORDERS that Movant's motion to admit Maxim A. Voltchenko *pro hac vice* is GRANTED.

So ordered this the _____ day of _____, 2006.

_____
United States District Judge