IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001,<br>Fredskovvej 5, 7330 Brande, Denmark,<br><br>Plaintiff,<br><br>vs.<br><br>FAME JEANS, INC.,<br>6650 Cote de Liesse, St. Laurent,<br>Quebec H4T 1 E3, Canada,<br><br>Defendant. | )<br>)<br>) Case No.: 1:06-CV-00585-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

### DECLARATION OF LEWIS F. GOULD, JR.
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

LEWIS F. GOULD, JR., of full age, hereby declares and states:

1. I make this Declaration in support of the motion to admit me *pro hac vice* to appear and participate in this matter as attorney for Defendant Fame Jeans, Inc. ("Fame Jeans"). I have personal knowledge of the matters set forth herein.

2. I am a partner in the law firm of Duane Morris LLP, 30 South 17th Street, Philadelphia, Pennsylvania 19103-4196, and have a telephone number of 215-979-1282.

3. I am licensed to practice and am a member in good standing of the bars of the following:

> State Bar of Pennsylvania, November 21, 1966;
>
> > My Pennsylvania State Bar Number is 04432;
>
> State Bar of Florida, January 23, 1982;
>
> > My Florida State Bar Number is 0336661.

DM2\740614.1

4. My firm has an office in Washington, D.C and Barry Golob of Duane Morris LLP, 1667 K Street, N.W., Suite 700, Washington, D.C. 20006-1608 will also appear for Fame Jeans in this lawsuit. Mr. Golob is admitted to practice before this Court.

5. Fame Jeans has requested that my firm and I represent them in the defense of this matter.

6. I am a member in good standing of the Bars of the State of Pennsylvania and Florida. I have not been convicted of any crimes. I have not been censored, disciplined, suspended or disbarred by any court; nor are there any disciplinary proceedings pending against me in any court.

7. I have been admitted to practice before the U.S. District Court for the Eastern District of Pennsylvania, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Third Circuit, and the Supreme Court of the United States.

8. I have not been admitted *pro hac vice* in this Court within the last two years.

9. It is respectfully submitted that there is good cause for my admission *pro hac vice*.

10. I respectfully request that I be admitted to practice before the United States District Court for the District of Columbia for the purposes of participating in this action.

This the 13th day of July, 2006.

                                            /s/ Lewis F. Gould, Jr.
                                            Lewis F. Gould, Jr.