IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001,  )
Fredskovvej 5, 7330 Brande, Denmark,     ) Case No.: 1:06-CV-00585-RCL
                                          )
                   Plaintiff,  )
                                          )
vs.                                       )
                                          )
FAME JEANS, INC.,                         )
6650 Cote de Liesse, St. Laurent,         )
Quebec H4T 1 E3, Canada,                  )
                                          )
                   Defendant.  )

---

### PROPOSED ORDER

This matter is before the Court on Movant's motion to admit Lewis F. Gould, Jr. *pro hac vice* to appear and participate in this matter as attorney for Defendant Fame Jeans, Inc. ("Fame Jeans"). The Court has concluded that there is good cause for admission *pro hac vice* of Mr. Gould to appear and participate in this matter for Fame Jeans.

Accordingly, the Court hereby ORDERS that Movant's motion to admit Lewis F. Gould, Jr. *pro hac vice* is GRANTED.

So ordered this the ____ day of _____, 2006.

_____
United States District Judge

DM2\741037.1