IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001,<br>Fredskovvej 5, 7330 Brande, Denmark,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>FAME JEANS, INC.,<br>6650 Cote de Liesse, St. Laurent,<br>Quebec H4T 1 E3, Canada,<br><br>　　　　　　　　　Defendant. | Case No.: 1:06-CV-00585-RCL |

## PROPOSED ORDER

This matter is before the Court on Defendant Fame Jeans, Inc.'s ("Fame Jeans") motion to dismiss Plaintiff Aktieselskabet af 21. November 2001's Complaint ("Plaintiff") under Federal Rule of Civil Procedure 12(b)(6). The Court has concluded that Plaintiff's Complaint fails to state a claim upon which relief can be granted, and that Plaintiff's claims are insufficient as a matter of law. Accordingly, the Court hereby ORDERS that Fame Jeans' motion to dismiss Plaintiff's Complaint is GRANTED.

So ordered this the _____ day of _____, 2006.

_____
United States District Judge