CO-386-online
10/03

# United States District Court
# For the District of Columbia

AKTIESELSKABET AF 21. NOVEMBER 2001,

      Plaintiff

vs

FAME JEANS, INC.,

      Defendant

Civil Action No. 1:06-CV-00585-RCL

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Fame Jeans, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Fame Jeans, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

437754
BAR IDENTIFICATION NO.

Barry P. Golob
Print Name

1667 K Street, N.W., Suite 700
Address

Washington, D.C.   20006-1608
City         State         Zip Code

(202) 776-5236
Phone Number

IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001, )
Fredskovvej 5, 7330 Brande, Denmark,   )  Case No.: 1:06-CV-00585-RCL
                                        )
            Plaintiff,                  )
                                        )
    vs.                                 )
                                        )
FAME JEANS, INC.,                       )
6650 Cote de Liesse, St. Laurent,       )
Quebec H4T 1 E3, Canada,                )
                                        )
            Defendant.                  )

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I personally filed the attached Certificate Rule LCvR 7.1, on behalf of Defendant, FAME JEANS, INC., using the CM/ECF system, which sent notification of such filing to the following:

>Oliver N. Blaise, III
>Terence Paul Cooney
>COUGHLIN & GERHART, LLP
>20 Hawley Street
>8th Floor East Tower
>Binghamton, NY 13902-2039
>tcooney@cglawllp.com
>
>Barry Golob
>DUANE MORRIS LLP
>1667 K Street, N.W.
>Suite 700
>Washington, D.C. 20006-1608
>bgolob@duanemorris.com

/s/ Barry Golob