## COUGHLIN & GERHART, L.L.P.
ATTORNEYS AND COUNSELLORS
20 HAWLEY STREET
P.O. BOX 2039
BINGHAMTON, NY 13902-2039
(607) 723-9511    FAX (607) 723-1530
TOLL FREE: 1-877-COUGHLIN
www.cglawllp.com

HENRY J. RODE II
PETER H. BOUMAN *
GORDON E. THOMPSON
MARK S. GORGOS
JAMES P. O'BRIEN
RICHARD W. MERTENS *
CARL A. KIEPER
JOSEPH J. STEFLIK, JR.
JEFFREY A. BROWN
DAVID H. GUY
BETH E. WESTFALL
GARY B. KLINE
SUSAN L. ENGLISH *
ROBERT R. JONES
PAUL J. SWEENEY ****
SUSAN A. INNEO *
KEITH A. O'HARA
OLIVER N. BLAISE III
MARY LOUISE CONROW
ROBERT J. MADIGAN, JR. *

ROBERT J. SMITH
RICHARD B. LONG
ROLLIN L. TWINING
FRANK NEMIA *
JOHN M. THOMAS
OF COUNSEL

KIRK O. MARTIN
TERENCE P. COONEY
XIBAI GAO *****
SPECIAL COUNSEL

SCOT G. MILLER ***
JEFFREY M. JACOBS **
LARS P. MEAD
MATTHEW J. SANTE
MEIYING Z. AUSTIN
JEFFREY HUSISIAN
RACHEL A. ABBOTT
JENNIFER F. BOJDAK ******

190 MAIN ST., P.O. BOX 462
AFTON, NY 13730
(607) 639-2222
FAX (607) 639-3726

176 MAIN ST., P.O. BOX 429
UNADILLA, NY 13849
(607) 369-3811
FAX (607) 369-3315

27-29 LAKE ST., P.O. BOX 250
OWEGO, NY 13827
(607) 687-0567
(607) 687-1831
FAX (607) 687-9860

400 M&T BANK BUILDING
118 NORTH TIOGA STREET
ITHACA, NY 14850
(607) 256-5049
FAX (607) 269-0199

125 WHEELER STREET
HANCOCK, NY 13783
(607) 637-3707

* ALSO ADMITTED IN PENNSYLVANIA
** ALSO ADMITTED IN MASSACHUSETTS
*** ALSO ADMITTED IN FLORIDA
**** ALSO ADMITTED IN NEW JERSEY & WEST VIRGINIA
***** ALSO ADMITTED IN PEOPLE'S REPUBLIC OF CHINA
****** ALSO ADMITTED IN NEVADA

July 14, 2006

Hon. Royce C. Lamberth, U.S.D.C.J.
U.S.D.C., District of Columbia, Room 4434
3rd & Constitution Avenue, N.W.
Washington, D.C. 20001

**Filed Electronically**

  Re: *Aktieselskabet af 21. November 2001 v. Fame Jeans, Inc.*
    *1:06-cv00585-RCL*

Dear Judge Lamberth:

  I represent the plaintiff in the foregoing case. On July 13, 2006, the defendant filed a motion to dismiss the plaintiff's Complaint pursuant to FRCP 12(b)(6). Under Local Rule 7(b), the plaintiff's responsive papers are due on July 24, 2006.

  I have had a death in my family and will be away from my office for much of the next week attending to funeral services and family matters. Defense counsel has graciously stipulated to extend my time to respond to their motion to August 4, 2006. A copy of the parties' signed Stipulation is attached.

  I respectfully request the Court's permission extending the plaintiff's deadline to respond to the defendant's motion, as set forth in the Stipulation. Thank you for your consideration of this matter.

            Respectfully,

            Oliver N. Blaise, III
            oblaise@cglawllp.com
            Dist Ct. Bar Roll No. NY0066

ONB/caj
Attachment
cc  Barry Golob, Esq. (w/att.)
   Lewis F. Gould, Jr., Esq. (w/att.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001,

          Plaintiff,

Case No.: 1:06-CV-00585-RCL

vs.

FAME JEANS, INC.,

          Defendant.

---

### STIPULATION

The parties, by their attorneys, hereby stipulate and agree that the time for the plaintiff, Aktieselskabet af 21. November 2001, to respond to the moving papers of the defendant, Fame Jeans, Inc., filed and served on July 13, 2006 pursuant to F.R.C.P. 12(b)(6), is extended to August 4, 2006.

Dated: July 14, 2006

_____
Oliver N. Blaise, III, Esq. (Bar No. NY0066)
COUGHLIN & GERHART, LLP
*Attorneys for Plaintiff*
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawllp.com

Dated: July 14, 2006

_____
Barry Golob, Esq. (Bar No. 437754)
DUANE MORRIS LLP
*Attorneys for Defendant*
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

So ordered this _____ day of _____, 2006.

_____
United States District Court Judge