IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

-----------------------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,         Case No.: 1:06-CV-00585-RCL

        Plaintiff,

vs.

FAME JEANS, INC.,
6650 Cote de Liesse, St. Laurent, Quebec H4T 1E3, Canada,

        Defendant.

-----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I personally filed the attached Stipulation hereby agreeing, by all parties and their perspective attorneys, that the time for Plaintiff, Aktieselskabet af 21, November 2001, to respond to the moving papers of the defendant, Fame Jeans, Inc., served on July 13, 2006 pursuant to F.R.C.P. 12(b)(6), is extended until August 4, 2006 using the Electronic CM/ECF system.

I also certify that such notification of the above filing was mailed to the following via the United States Postal Service the document to the following Participant(s):

    Barry Golob, Esq.
    Attorneys for Defendant
    DUANE MORRIS, LLP
    1667 K Street, N.W. Suite 700
    Washington, D.C. 20006-1608
    Bar Roll No: 437754
    bgolob@duanemorris.com

                                              **/s/ Cynthia A. Jones**