IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

---------------------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,          Case No.: 1:06-CV-00585-RCL

                Plaintiff,

vs.

FAME JEANS, INC.,
6650 Cote de Liesse, St. Laurent, Quebec H4T 1E3, Canada,

                Defendant.

---------------------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

I represent the plaintiff in the foregoing case. On July 13, 2006, the defendant filed a motion to dismiss the plaintiff's Complaint pursuant to FRCP 12(b)(6). Under Local Rule 7(b), the plaintiff's responsive papers are due on July 24, 2006.

I have had a death in my family and will be away from my office for much of the next week attending to funeral services and family matters. Defense counsel has graciously stipulated to extend my time to respond to their motion to August 4, 2006. A copy of the parties' signed Stipulation is attached.

**WHEREFORE**, plaintiff, respectfully requests the Court's permission extending the plaintiff's deadline to respond to the defendant's motion, as set forth in the Stipulation. Thank you for your consideration of this matter.

                                          /s/ **Oliver N. Blaise, III**
                                          Oliver N. Blaise, III, Esq. (Bar No. NY0066)
                                          COUGHLIN & GERHART, LLP
                                          *Attorneys for Plaintiff*
                                          20 Hawley St, 8th Floor East Tower
                                          P.O. Box 2039
                                          Binghamton, New York 13902-2039
                                          Tel: (607) 723-9511
                                          Fax: (607) 723-1530
                                          E-mail: oblaise@cglawllp.com

Barry Golob, Esq. (Bar No. 437754)
DUANE MORRIS LLP
*Attorneys for Defendant*
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001,

          Plaintiff,

Case No.: 1:06-CV-00585-RCL

vs.

FAME JEANS, INC.,

          Defendant.

---

## STIPULATION

The parties, by their attorneys, hereby stipulate and agree that the time for the plaintiff, Aktieselskabet af 21. November 2001, to respond to the moving papers of the defendant, Fame Jeans, Inc., filed and served on July 13, 2006 pursuant to F.R.C.P. 12(b)(6), is extended to August 4, 2006.

Dated: July 14, 2006

_____
Oliver N. Blaise, III, Esq. (Bar No. NY0066)
COUGHLIN & GERHART, LLP
*Attorneys for Plaintiff*
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawllp.com

Dated: July 14, 2006

_____
Barry Golob, Esq. (Bar No. 437754)
DUANE MORRIS LLP
*Attorneys for Defendant*
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

So ordered this _____ day of _____, 2006.

_____
United States District Court Judge