UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Misc. No. 06-585 (RCL) ) |
| FAME JEANS, INC., | ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of plaintiff's motion [12] for extension of time to respond to defendant's motion to dismiss, the parties' stipulation [12] to extend said time, and for good cause shown, it is hereby

ORDERED that the motion [12] for extension of time is GRANTED; it is further

ORDERED that the parties' stipulation [12] is APPROVED by this Court; and it is further

ORDERED that plaintiff shall file and serve its response to the defendant's motion to dismiss on or before August 4, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 19, 2006.