UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Misc. No. 06-585 (RCL) |
| FAME JEANS, INC., | ) ) ) |  |
| Defendant. | ) ) |  |

### ORDER ADMITTING MAXIM A. VOLTCHENKO, ESQUIRE
### *PRO HAC VICE*

This matter is before the Court on defendant's motion [7] to admit Maxim A. Voltchenko *pro hac vice* to appear and participate in this matter as attorney for defendant Fame Jeans, Inc. ("Fame Jeans"). The Court has concluded that there is good cause for admission *pro hac vice* of Mr. Voltchenko to appear and participate in this matter for Fame Jeans. Accordingly, it is hereby

ORDERED that the motion [7] to admit Maxim A. Voltchenko *pro hac vice* is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 19, 2006.