IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001,   Case No.: 1:06-CV-00585-RCL

          Plaintiff,

vs.

FAME JEANS, INC.,

          Defendant.

---

**PLAINTIFF'S PROPOSED ORDER
PURSUANT TO LCvR 7(c)**

The defendant, Fame Jeans, Inc., having moved this Court pursuant to F.R.C.P. 12(b)(6) to dismiss the Complaint of the plaintiff, Aktieselskabet af 21. November 2001, and the Court having read and considered the Complaint, the defendant's moving memorandum of points and authorities, and the plaintiff's motion memorandum of points and authorities in opposition thereto, and the Court having determined that the plaintiff's claims set forth in the Complaint are legally sufficient, it is hereby

    ORDERED that the defendant's motion to dismiss the Complaint, pursuant to F.R.C.P. 12(b)(6), is dismissed in its entirety, with prejudice, and it is further

    ORDERED that the Defendant file and serve its Answer to the plaintiff's Complaint on or by _____, 2006.

Dated: _____, 2006.

                                                      _____
                                                      United States District Court Judge

## STATEMENT OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER PURSUANT TO LCvR 7(k)

For the Plaintiff:

Oliver N. Blaise, III, Esq.
(D.C. Dist. Ct. Bar No. NY0066)
COUGHLIN & GERHART, LLP
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawoffices.com

Monica P. McCabe, Esq.
(D.C. Dist. Ct. Bar admission pending)
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas, 38th Floor
New York, New York 10020
Tel: (212) 835-6164
Fax: (212) 884-8464 (fax)
E-mail: monica.mccabe@dlapiper.com

For the Defendant:

Barry Golob, Esq.
(Bar I.D. No. 437754)
DUANE MORRIS LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

Lewis F. Gould, Jr. Esq. *(Pro Hac Vice)*
Maxim A. Voltchenko, Esq. *(Pro Hac Vice)*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
Tel: (215) 979-1000
Fax: (215) 979-1020
E-mail: lfgould@duanemorris.com
        mavoltchenko@duanemorris.com