IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001,   Case No.: 1:06-CV-00585-RCL

                Plaintiff,

vs.

FAME JEANS, INC.,

                Defendant.

---

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2006, I personally served the Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss the Complaint and the Plaintiff's Proposed Order Pursuant to LCvR 7(k) using the CM/ECF system, which sent notification of such filing to the following:

Oliver N. Blaise, III, Esq.
(D.C. Dist. Ct. Bar No. NY0066)
Terence P. Cooney, Esq.
COUGHLIN & GERHART, LLP
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawoffices.com
        tcooney@cglawoffices.com

| | |
|---|---|
| Barry Golob, Esq. | Lewis F. Gould, Jr. Esq. *(Pro Hac Vice)* |
| (Bar I.D. No. 437754) | Maxim A. Voltchenko, Esq. *(Pro Hac Vice)* |
| DUANE MORRIS LLP | DUANE MORRIS LLP |
| 1667 K Street, N.W. | 30 South 17th Street |
| Suite 700 | Philadelphia, Pennsylvania 19103-4196 |
| Washington, D.C. 20006-1608 | Tel: (215) 979-1000 |
| Tel: (202) 776-5236 | Fax: (215) 979-1020 |
| Fax: (202) 776-7801 | E-mail: lfgould@duanemorris.com |
| E-mail: bgolob@duanemorris.com |       mavoltchenko@duanemorris.com |

                                                        /s/ Kellie A. Decker
                                                        Coughlin & Gerhart, LLP