# COUGHLIN & GERHART, L.L.P.

### ATTORNEYS AND COUNSELLORS
### 20 HAWLEY STREET
### P.O. BOX 2039
### BINGHAMTON, NY 13902-2039

(607) 723-9511    FAX (607) 723-1530

TOLL FREE: 1-877-COUGHLIN

*www.cglawllp.com*

HENRY J. RODE II
PETER H. BOUMAN *
GORDON E. THOMPSON
MARK S. GORGOS
JAMES P. O'BRIEN
RICHARD W. MERTENS *
CARL A. KIEPER
JOSEPH J. STEFLIK, JR.
JEFFREY A. BROWN
DAVID H. GUY
BETH E. WESTFALL
GARY B. KLINE
SUSAN L. ENGLISH *
ROBERT R. JONES
PAUL J. SWEENEY ****
SUSAN A. INNEO *
KEITH A. O'HARA
OLIVER N. BLAISE III
MARY LOUISE CONROW
ROBERT J. MADIGAN, JR. *

ROBERT J. SMITH
RICHARD B. LONG
ROLLIN L. TWINING
FRANK NEMIA *
JOHN M. THOMAS
OF COUNSEL

———

KIRK O. MARTIN
TERENCE P. COONEY
XIBAI GAO *****
SPECIAL COUNSEL

———

SCOT G. MILLER ***
JEFFREY M. JACOBS **
LARS P. MEAD
MATTHEW J. SANTE
MEIYING Z. AUSTIN
JEFFREY HUSISIAN
RACHEL A. ABBOTT

190 MAIN ST., P.O. BOX 462
AFTON, NY 13730
(607) 639-2222
FAX (607) 639-3726

27-29 LAKE ST., P.O. BOX 250
OWEGO, NY 13827
(607) 687-0567
(607) 687-1831
FAX (607) 687-9860

125 WHEELER STREET
HANCOCK, NY 13783
(607) 637-3707

176 MAIN ST., P.O. BOX 429
UNADILLA, NY 13849
(607) 369-3811
FAX (607) 369-3315

400 M&T BANK BUILDING
118 NORTH TIOGA STREET
ITHACA, NY 14850
(607) 256-5049
FAX (607) 269-0199

* ALSO ADMITTED IN PENNSYLVANIA
** ALSO ADMITTED IN MASSACHUSETTS
*** ALSO ADMITTED IN FLORIDA
**** ALSO ADMITTED IN NEW JERSEY & WEST VIRGINIA
***** ALSO ADMITTED IN PEOPLE'S REPUBLIC OF CHINA

August 9, 2006

Clerk's Office, Room No.1225
United States District Court
U.S.D.C., District of Columbia
3rd & Constitution Avenue, N.W.
Washington, D.C.  20001

**Filed Electronically**

> *Re:    Aktieselskabet af 21. November 2001 v. Fame Jeans, Inc.*
> *1:06-cv00585-RCL*

Dear Sir or Madam:

I am writing to request that Monica Petraglia McCabe, Esq. be listed as co-counsel for the plaintiff, Aktieselskabet af 21. November 2001, and be placed on the court's electronic distribution list in the foregoing matter.  Ms. McCabe's Bar Number is 411426 and her e-mail address is monica.mccabe@dlapiper.com.

Also, would you kindly remove Terence P. Cooney, Esq. of my office from the e-mail distribution list for this matter.  In addition, please note that my e-mail address has been changed to oblaise@cglawoffices.com.

Thank you for your attention to these requests.  Please contact me with any questions regarding this matter.

Respectfully,

/s/ Oliver N. Blaise, III
oblaise@cglawllp.com
Dist Ct. Bar Roll No. NY0066

ONB/kad