IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,

                    Plaintiff,

- v. -

FAME JEANS, INC., 6650 Cote de Liesse, St.
Laurent, Quebec H4T 1E3, Canada,

                    Defendant.

Case No.: 1:06-CV-00585-RCL

---

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

The plaintiff, Aktieselskabet af 21. November 2001 ("**Plaintiff**" or "**Bestseller**"), hereby moves to amend Plaintiff's Complaint ("**Complaint**"), originally filed on March 30, 2006, pursuant to Federal Rule of Civil Procedure 15. Plaintiff states that justice requires that leave be granted for the following reasons:

1. Upon information and belief, defendant, Fame Jeans, Inc. ("**Defendant**"), acted in bad faith in filing its application for the JACK & JONES mark to keep Plaintiff out of the U.S. market and to trade upon the world renown of Plaintiff's mark.

2. Bestseller wishes to expand the facts and allegations in the Complaint.

3. Plaintiff has retained co-counsel and should be given the opportunity to fully develop and prove the facts and its allegations with the aid of discovery.

Pursuant to Local Rule 7(m), counsel for Bestseller conferred in good faith with counsel for Defendant regarding this motion. Defendant's counsel stated Defendant's opposition to the motion.

Because leave to amend should be freely given in most circumstances, and because amending Bestseller's Complaint will cause no harm or prejudice to the Defendants, leave to amend should be granted.

WHEREFORE, Plaintiff respectfully requests that this motion be granted.

Dated: August 30, 2006

/s/ Oliver N. Blaise, III
Oliver N. Blaise, III, Esq.
(D.C. Dist. Ct. Bar No. NY0066)
COUGHLIN & GERHART, LLP
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawoffices.com

Monica P. McCabe, Esq.
(D.C. Dist. Ct. Bar No. 411426)
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas, 38th Floor
New York, New York 10020
Tel: (212) 835-4500
Fax: (212) 884-8464
E-mail: monica.mccabe@dlapiper.com