IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,

                Plaintiff,

- v. -

FAME JEANS, INC., 6650 Cote de Liesse, St. Laurent, Quebec H4T 1E3, Canada,

                Defendant.

Case No.: 1:06-CV-00585-RCL

---

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Motion to Amend Complaint, Memorandum in Support of Plaintiff's Motion to Amend Complaint, and the proposed Amended Complaint, and any opposition thereto, it is this _____ day of _____, 2006, hereby

ORDERED, that Plaintiff's Motion to Amend Complaint is hereby GRANTED; and it is further

ORDERED, that Plaintiff's Amended Complaint is hereby deemed filed with the Clerk of this Court this day.

 

_____
Judge, United States District Court for the
District of Columbia

Copies to:

Oliver N. Blaise, III, Esq.
(D.C. Dist. Ct. Bar No. NY0066)
COUGHLIN & GERHART, LLP
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawoffices.com

Monica P. McCabe, Esq.
(D.C. Dist. Ct. Bar No. 411426)
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas, 38th Floor
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 884-8464
E-mail: monica.mccabe@dlapiper.com

Barry Golob
(D.C. Dist. Ct. Bar No. 437754)
DUANE & MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

Lewis F. Gould, Jr.
(D.C. Dist. Ct. Bar admission pending)
Maxim A. Voltchenko
(D.C. Dist. Ct. Bar admission pending)
DUANE & MORRIS LLP
30 South 17th St.
Philadelphia, Pa. 19103-4196
Tel: (215) 979-1000
Fax: (215) 979-1020
E-mail: lfgould@duanemorris.com
E-mail: mavoltchencko@duanemorris.com