IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001,           Case No.: 1:06-CV-00585-RCL

        Plaintiff,

vs.

FAME JEANS, INC.,

        Defendant.

---

## CERTIFICATE OF SERVICE

    I, Cynthia A. Jones, hereby certify that on August 30, 2006, I personally served the Plaintiff's Motion to Amend Complaint, Proposed Amended Complaint, Memorandum of Law in support of said motion, and Proposed Order regarding said motion, using the CM/ECF system, which sent notification of such filing to the following:

Oliver N. Blaise, III, Esq.
(D.C. Dist. Ct. Bar No. NY0066)
Terence P. Cooney, Esq.
COUGHLIN & GERHART, LLP
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawoffices.com
       tcooney@cglawoffices.com

Barry Golob, Esq.
(Bar I.D. No. 437754)
DUANE MORRIS LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

Lewis F. Gould, Jr. Esq. *(Pro Hac Vice)*
Maxim A. Voltchenko, Esq. *(Pro Hac Vice)*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
Tel: (215) 979-1000
Fax: (215) 979-1020
E-mail: lfgould@duanemorris.com
       mavoltchenko@duanemorris.com

                                /s/ Cynthia A. Jones
                                Coughlin & Gerhart, LLP