IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

-----------------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,

Plaintiff,

vs.

FAME JEANS, INC.,
6650 Cote de Liesse, St. Laurent, Quebec H4T lE3,
Canada,

Defendant.

Case No.: 1:06-CV-00585-RCL

-----------------------------------------------------------------x

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), defendant Fame Jeans, Inc. ("Fame Jeans") moves the Court for an enlargement of time so that its Response to Plaintiff's Motion to Amend the Complaint (the "Response") would be due September 27, 2006. Currently, the Response is due on September 13, 2006.

Fame Jeans respectfully requests an enlargement of time in order to accommodate the schedule of its counsel who are facing deadlines in other cases that they are working upon. An enlargement of time is necessary in order to present the Court a thorough and proper Response to Plaintiff's Motion to Amend the Complaint.

Counsel for plaintiff Aktieselskabet AF 21.November 2001 ("Plaintiff") has consented to the enlargement of time for Fame Jeans to file its Response to September 27, 2006. In turn, Plaintiff's counsel respectfully requests an enlargement of time to submit its reply memorandum to the Response to October 12, 2006. Counsel for Fame Jeans consents to the enlargement of

DM2\811193.1

time for Plaintiff to submit its reply memorandum to October 12, 2006. A copy of the parties' Stipulation is attached hereto.

**WHEREFORE**, Fame Jeans, respectfully requests the Court's permission to extend the parties' respective deadlines, as set forth in the Stipulation.

/s/ Barry Golob
Barry Golob, Esq. (Bar No. 437754)
DUANE MORRIS LLP
Attorneys for Defendant
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

Oliver N. Blaise, III, Esq. (Bar No. NY0066)
COUGHLIN & GERHART, LLP
*Attorneys for Plaintiff*
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawllp.com

DM2\811193.1