# EXHIBIT "A"

DM2\811193.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,   Case No.: 1:06-CV-00585-RCL

    Plaintiff,

vs.

FAME JEANS, INC.,

    Defendant.

-------------------------------------------------------x

## STIPULATION

The parties, by their attorneys, hereby stipulate and agree that the time for the defendant, FAME JEANS, INC., to respond to the moving papers of the plaintiff, AKTIESELSKABET AF 21 NOVEMBER 2001, filed and served on August 30, 2006 is extended to September 27, 2006, and the time for the plaintiff's reply memorandum is extended to October 12, 2006.

Dated: September 11, 2006

_____
Oliver N. Blaise, III, Esq. (Bar No. NY0066)
COUGHLIN & GERHART, LLP
*Attorneys for Plaintiff*
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawllp.com

Dated: September 12, 2006

_____
Barry Golob, Esq. (Bar No. 437754)
DUANE MORRIS LLP
*Attorneys for Defendant*
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

So ordered _____ day of _____, 2006.

_____
United States District Court Judge