IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

-----------------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,            Case No.: 1:06-CV-00585-RCL

               Plaintiff,

   vs.

FAME JEANS, INC.,
6650 Cote de Liesse, St. Laurent, Quebec H4T lE3,
Canada,

               Defendant.

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I personally filed the attached Unopposed Motion for Enlargement of Time for Defendant Fame Jeans to file its Response to Plaintiff's Motion to Amend Complaint and for Plaintiff, Aktieselskabet af 21, November 2001 to submit its reply memorandum, using the Electronic CM/ECF system. I also certify that such notification of the above filing was mailed to the following via the United States Postal Service the document to the following Participant(s):

Oliver N. Blaise, III, Esq. (Bar No. NY0066)
COUGHLIN & GERHART, LLP
*Attorneys for Plaintiff*
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel:  (607) 723-9511
Fax: (607) 723-1530
E-mail:  oblaise@cglawllp.com

                                     **/s/ Ryan T. Hardee**