UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Misc. No. 06-585 (RCL) |
| FAME JEANS, INC., | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Upon consideration of defendant's unopposed motion [21] for extension of time to respond to plaintiff's motion to amend the complaint, the parties' stipulation [21] to extend said time, and for good cause shown, it is hereby

ORDERED that the motion [21] for extension of time is GRANTED; it is further

ORDERED that the parties' stipulation [21] is APPROVED by this Court; and it is further

ORDERED that defendant shall file and serve its response to the plaintiff's motion to amend on or before September 27, 2006; and it is further

ORDERED that plaintiff shall file and serve its reply memorandum on or before October 12, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 19, 2006.