AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AKTIESELSKABET AF 21.NOVEMBER
2001, Fredskovvej 5, 7330 Brande, Denmark,   )
        Plaintiff(s)   )   **APPEARANCE**
        )
        )
        vs.   )   CASE NUMBER   1:06-CV-00585-RCL
FAME JEANS, INC., 6650 Cote de Liesse,   )
St. Laurent, Quebec H4T 1E3, Canada,   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of    Monica Petraglia McCabe    as counsel in this
                                (Attorney's Name)

case for:   Aktieselskabet af 21.November 2001
              (Name of party or parties)

9/26/06
Date

*[signature]*
Signature

Monica Petraglia McCabe
Print Name

DLA Piper US LLP
1251 Avenue of the Americas
Address

411426
BAR IDENTIFICATION

New York    NY    10020
City           State        Zip Code

(212) 335-4500
Phone Number