IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001,<br>Fredskovvej 5, 7330 Brande, Denmark,<br><br>            Plaintiff,<br><br>vs.<br><br>FAME JEANS, INC.,<br>6650 Cote de Liesse, St. Laurent,<br>Quebec H4T 1 E3, Canada,<br><br>            Defendant. | Case No.: 1:06-CV-00585-RCL |

---

### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Fame Jeans, Inc. ("Fame Jeans") moves this Court to dismiss the Amended Complaint of Plaintiff, Aktieselskabet af 21. November 2001 ("Plaintiff") under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Plaintiff is attempting to survive Fame Jeans' first motion to dismiss by the addition of a new claim for bad faith. Plaintiff's sole support for the new claim is that Fame Jeans and Plaintiff are competitors, and because Plaintiff used the JACK & JONES mark outside the United States, Fame Jeans likely knew of Plaintiff's possible expansion into the United States and filed its application to block such expansion.

It is well-settled law that knowledge of foreign use of a mark does not preclude good faith adoption and use of the identical mark in the United States. Thus, even if the facts as plead are true, which they are not, Plaintiff's new claim is futile. Consequently, Plaintiff's Amended Complaint fails as a matter of law, and for all of the reasons enumerated in Fame Jeans's July 13,

DM2\837572.1

2006 motion to dismiss under Fed.R.Civ.P. 12(b)(6) and incorporated here, Plaintiff's Amended Complaint should be dismissed.

Plaintiff's Amended Complaint does not cure the fundamental defect of prior rights to the JACK & JONES mark in the United States present in its original Complaint, and thus Fame Jeans moves the Court to dismiss Plaintiff's Amended Complaint under Rule 12(b)(6), Fed.R.Civ.P. In support of its motion, Fame Jeans relies upon the Memorandum of Law filed herewith.

The interests of judicial economy and fairness to both parties are best served by concluding this proceeding now. The undisputable facts warrant dismissal of Plaintiff's Complaint.

WHEREFORE, Fame Jeans requests that its Motion be granted, and that an order (attached) be entered dismissing Plaintiff's Complaint against Fame Jeans with prejudice.

This the 27th day of September, 2006.

Respectfully submitted,

  /s/ Barry Golob
Barry Golob
D.C. Bar No. 437754
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006-1608
Telephone:  202-776-5236
Facsimile:  202-776-7801

Lewis F. Gould, Jr. (Admitted Pro Hac Vice)
Maxim A. Voltchenko (Admitted Pro Hac Vice)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone:  215-979-1000
Facsimile:  215-979-1020
E-mail: lfgould@duanemorris.com
E-mail: mavoltchenko@duanemorris.com

Attorneys for Defendant Fame Jeans, Inc.
