IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001, )
Fredskovvej 5, 7330 Brande, Denmark, ) Case No.: 1:06-CV-00585-RCL
)
                Plaintiff, )
)
vs. )
)
FAME JEANS, INC., )
6650 Cote de Liesse, St. Laurent, )
Quebec H4T 1 E3, Canada, )
)
                Defendant. )

---

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I personally filed the attached Motion To Dismiss Plaintiff's Amended Complaint, Memorandum Of Law In Support Of Defendant Fame Jeans, Inc.'s Renewed Motion To Dismiss Plaintiff's Complaint Under Rule 12(b)(6), Fed.R.Civ.P., and Proposed Order, on behalf of Defendant, FAME JEANS, INC., using the CM/ECF system, which sent notification of such filing to the following:

    Oliver N. Blaise, III
    Terence Paul Cooney
    COUGHLIN & GERHART, LLP
    20 Hawley Street
    8th Floor East Tower
    Binghamton, NY 13902-2039
    tcooney@cglawllp.com

    Barry Golob
    DUANE MORRIS LLP
    1667 K Street, N.W.
    Suite 700
    Washington, D.C. 20006-1608
    bgolob@duanemorris.com

                                      /s/ Barry Golob