UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 06-585 (RCL) |
| FAME JEANS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of plaintiff's Motion [19] to Amend the Complaint, it is hereby

ORDERED that defendant's Motion [9] to Dismiss the Original Complaint is DISMISSED AS MOOT; it is further

ORDERED that plaintiff's Motion [19] to Amend the Complaint, filed August 30, 2006, shall be GRANTED; it is further

ORDERED that the Amended Complaint, listed as Attachment #1 of plaintiff's Additional Attachment [20] to Plaintiff's Motion to Amend Complaint, shall be filed and docketed by the Clerk of the Court as a separate docket entry; it is further

ORDERED that defendant's Motion [25] to Dismiss the Amended Complaint shall be deemed timely filed; and it is further

ORDERED that plaintiff shall file and serve its opposition to defendant's motion, and defendant shall file and serve its reply to plaintiff's opposition as prescribed by the Local Rules

of Civil Procedure governing this jurisdiction.

       SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 10, 2006.