IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

-----------------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,

Case No.: 1:06-CV-00585-RCL

Plaintiff,

vs.

FAME JEANS, INC.,
6650 Cote de Liesse, St. Laurent, Quebec H4T lE3,
Canada,

Defendant.

-----------------------------------------------------------------x

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7, defendant Fame Jeans, Inc. ("Fame Jeans") moves the Court for an enlargement of time so that its Reply to Plaintiff's Memorandum In Opposition To Fame Jeans's Renewed Motion To Dismiss Plaintiff's Complaint (the "Reply") would be due November 2, 2006. Currently, the Reply is due on October 23, 2006.

Fame Jeans respectfully requests an enlargement of time in order to accommodate the schedule of its counsel who are facing deadlines in other cases that they are working upon. An enlargement of time is necessary in order to present the Court a thorough and proper Reply to Plaintiff's Memorandum In Opposition To Fame Jeans's Renewed Motion To Dismiss Plaintiff's Complaint.

Counsel for plaintiff Aktieselskabet AF 21.November 2001 ("Plaintiff") has consented to the enlargement of time for Fame Jeans to file its Reply to November 2, 2006. A copy of the parties' Stipulation is attached hereto as Exhibit "A".

DM2\855694.1

**WHEREFORE**, Fame Jeans, respectfully requests the Court's permission to extend its deadline to file the Reply, as set forth in the Stipulation.

/s/ Barry Golob
Barry Golob, Esq. (Bar No. 437754)
DUANE MORRIS LLP
Attorneys for Defendant
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

Oliver N. Blaise, III, Esq. (Bar No. NY0066)
COUGHLIN & GERHART, LLP
*Attorneys for Plaintiff*
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawllp.com