# EXHIBIT "A"

DM2\855694.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,   Case No.: 1:06-CV-00585-RCL

          Plaintiff,

vs.

FAME JEANS, INC.,

          Defendant.

------------------------------------------------------------x

## STIPULATION

The parties, by their attorneys, hereby stipulate and agree that the time for the defendant, FAME JEANS, INC., to respond to the opposing papers of the plaintiff, AKTIESELSKABET AF 21. NOVEMBER 2001, filed and served on October 13, 2006 is extended to November 2, 2006.

Dated: October 20, 2006            Dated: October 20, 2006

/s/ Oliver N. Blaise, III
Oliver N. Blaise, III, Esq. (Bar No. NY0066)
COUGHLIN & GERHART, LLP
*Attorneys for Plaintiff*
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawllp.com

/s/ Barry Golob
Barry Golob, Esq. (Bar No. 437754)
Lewis F. Gould, Jr., Esq. (*pro hac vice*)
Maxim A. Voltchenko, Esq. (*pro hac vice*)
DUANE MORRIS LLP
*Attorneys for Defendant*
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com; lfgould@duanemorris.com; mavoltchenko@duanemorris.com

So ordered ____ day of _____, 2006.

_____
United States District Court Judge