IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT OF COLUMBIA

-------------------------------------------------------------------x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,

Case No.: 1:06-CV-00585-RCL

Plaintiff,

vs.

FAME JEANS, INC.,
6650 Cote de Liesse, St. Laurent, Quebec H4T lE3,
Canada,

Defendant.

-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I personally filed the attached Reply Brief In Support Of Fame Jeans' Renewed Motion To Dismiss Plaintiff's Complaint, using the Electronic CM/ECF system. I also certify that such notification of the above filing was mailed to the following via the United States Postal Service the document to the following Participant(s):

| | |
|---|---|
| Oliver N. Blaise, III, Esq. (Bar No. NY0066)<br>Terence Paul Cooney<br>COUGHLIN & GERHART, LLP<br>20 Hawley St, 8th Floor East Tower<br>P.O. Box 2039<br>Binghamton, New York 13902-2039<br>Tel: (607) 723-9511<br>Fax: (607) 723-1530<br>E-mail: oblaise@cglawllp.com<br>Email: tcooney@cglnwllp.com | Monica Petraglia McCabe<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>38th Floor<br>New York, NY 10020<br>Tel: (212) 335-4964<br>Email: monica.mccabe@dlapiper.com |

/s/ **Ryan T. Hardee**

DM2\866160.1