IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, | Case No.: 1:06-CV-00585-RCL |
| Plaintiff, | |
| vs. | |
| FAME JEANS, INC., | |
| Defendant. | |

**PLAINTIFF'S PROPOSED ORDER
PURSUANT TO LCvR 7(c)**

The plaintiff, Aktieselskabet af 21. November 2001, having moved this Court pursuant to Local Rule 7(m) for leave to submit a Surreply to the motion of the defendant, Fame Jeans, Inc., to dismiss the plaintiff's Amended Complaint pursuant to F.R.C.P. 12(b)(6), and the Court having read and considered the plaintiff's Notice of Motion and supporting Memorandum of Law, and there being no opposition to said motion from the defendant, and the Court having determined that the plaintiff's request is meritorious, it is hereby

ORDERED that the plaintiff's motion to file a Surreply is granted, and it is further

ORDERED that the Defendant shall file any response to the plaintiff's Surreply by April ___, 2007.

Dated: _____, 2007.

_____
United States District Court Judge

## STATEMENT OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER PURSUANT TO LCvR 7(k)

For the Plaintiff:

Oliver N. Blaise, III, Esq.
(D.C. Dist. Ct. Bar No. NY0066)
COUGHLIN & GERHART, LLP
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawoffices.com

Monica P. McCabe, Esq.
(D.C. Dist. Ct. Bar admission pending)
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas, 38th Floor
New York, New York 10020
Tel: (212) 835-6164
Fax: (212) 884-8464 (fax)
E-mail: monica.mccabe@dlapiper.com

For the Defendant:

Barry Golob, Esq.
(Bar I.D. No. 437754)
DUANE MORRIS LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

Lewis F. Gould, Jr. Esq. *(Pro Hac Vice)*
Maxim A. Voltchenko, Esq. *(Pro Hac Vice)*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
Tel: (215) 979-1000
Fax: (215) 979-1020
E-mail: lfgould@duanemorris.com
        mavoltchenko@duanemorris.com