IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, | Case No.: 1:06-CV-00585-RCL |
| Plaintiff, | |
| vs. | |
| FAME JEANS, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2007, I personally served the Plaintiff's Notice of Motion to File Surreply and Surreply Memorandum of Law in Opposition to Defendant, Fame Jeans, Inc.'s, Renewed Motion to Dismiss Plaintiff's Complaint, and the Plaintiff's Proposed Order, using the CM/ECF system, which sent notification of such filing to the following:

Oliver N. Blaise, III, Esq.
(D.C. Dist. Ct. Bar No. NY0066)
Terence P. Cooney, Esq.
COUGHLIN & GERHART, LLP
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawoffices.com
tcooney@cglawoffices.com

Monica P. McCabe, Esq.
(D.C. Dist. Ct. Bar No. 411426)
DLA PIPER US LLP
1251 Avenue of the Americas, 38th Floor
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 884-8464
E-mail: monica.mccabe@dlapiper.com

Barry Golob, Esq.
(Bar I.D. No. 437754)
DUANE MORRIS LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

Lewis F. Gould, Jr. Esq. *(Pro Hac Vice)*
Maxim A. Voltchenko, Esq. *(Pro Hac Vice)*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
Tel: (215) 979-1000
Fax: (215) 979-1020
E-mail: lfgould@duanemorris.com
mavoltchenko@duanemorris.com

/s/ Cynthia A. Jones