UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 06-585 (RCL) |
| FAME JEANS, INC., | ) ) ) | |
| Defendant. | ) ) | |

# ORDER

Upon consideration of defendant's unopposed motion [29] for enlargement of time until November 2, 2006 to file a reply to plaintiff's memorandum in opposition [28] to defendant's motion to dismiss [25] plaintiff's amended complaint [20], it is hereby

ORDERED that defendant's motion [29] for enlargement of time to file a reply is GRANTED *nunc pro tunc*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 7, 2007.