UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civ. No. 06-585 (RCL) |
| FAME JEANS, INC., | ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of plaintiff's unopposed motion [32] for leave to file a surreply to defendant's motion to dismiss [25] plaintiff's amended complaint [20], it is hereby

ORDERED that plaintiff's motion [32] for leave to file a surreply is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 7, 2007.