UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, ) ) ) ) Plaintiff, ) ) v. ) ) FAME JEANS, INC., ) ) Defendant. ) | Civ. No. 06-585 (RCL) |

## ORDER

Upon consideration of defendant's motion to dismiss [25] plaintiff's amended complaint [20], plaintiff's opposition thereto [28], defendant's reply [30], plaintiff's surreply [32], the applicable law, and the entire record herein, it is hereby,

ORDERED that defendant's motion [25] to dismiss is GRANTED for the reasons set forth in the accompanying memorandum opinion; and it is further

ORDERED that plaintiff's amended complaint [20] is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 7, 2007.