DISTRICT OF COLUMBIA
UNITED STATES DISTRICT COURT

---------------------------------------------------------------- x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,

                              Plaintiff,

      Case No.: 1:06-CV-00585-RCL

- v. -

      **NOTICE OF APPEAL**

FAME JEANS, INC., 6650 Cote de Liesse, St.
Laurent, Quebec H4T 1E3, Canada,

                            Defendant.

---------------------------------------------------------------- x

Notice is hereby given that Plaintiff, AKTIESELSKABET AF 21. NOVEMBER 2001, in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order and accompanying Memorandum Opinion, dismissing the above-captioned action, entered on the 7th day of June, 2007.

 

_/s/ Mary E. Gately_
Mary Elizabeth Gately, Esq.
(D.C. Dist. Ct. Bar No. 419151)
DLA PIPER US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412
Phone: (202) 861-3900
Fax: (202) 689-7488
E-mail: mary.gately@dlapiper.com

RECEIVED
JUL 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

*Monica P. McCabe, MEG*
Monica P. McCabe, Esq.
(D.C. Dist. Ct. Bar No. 411426)
DLA PIPER US LLP
1251 Avenue of the Americas, 38th Floor
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
E-mail: monica.mccabe@dlapiper.com

Oliver N. Blaise, III, Esq.
(D.C. Dist. Ct. Bar No. NY0066)
COUGHLIN & GERHART, LLP
20 Hawley St., 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawoffices.com

CLERK    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Barry Golob
(D.C. Bar No. 437754)
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
Telephone: 202-776-5236
Facsimile: 202-776-7801

Lewis F. Gould, Jr. (Admitted Pro Hac Vice)
Maxim A. Voltchenko (Admitted Pro Hac Vice)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215-979-1000
Facsimile: 215-979-1020
E-mail: lfgould@duanemorris.com
E-mail: mavoltchenko@duanemorris.com

DISTRICT OF COLUMBIA
UNITED STATES DISTRICT COURT
------------------------------------------------------------ x

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,

                               Plaintiff,

             - v. -

FAME JEANS, INC., 6650 Cote de Liesse, St.
Laurent, Quebec H4T 1E3, Canada,

                              Defendant.

------------------------------------------------------------ x

Case No.: 1:06-CV-00585-RCL

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2007, a copy of the Plaintiff's Notice of Appeal was sent via first class U.S. Mail to the following:

Barry Golob
(D.C. Bar No. 437754)
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
Telephone: 202-776-5236
Facsimile: 202-776-7801

Lewis F. Gould, Jr. (Admitted Pro Hac Vice)
Maxim A. Voltchenko (Admitted Pro Hac Vice)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215-979-1000
Facsimile: 215-979-1020
E-mail: lfgould@duanemorris.com
E-mail: mavoltchenko@duanemorris.com

_____
Mary E. Gately