# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
AKTIESELSKABET AF 21.                               )
NOVEMBER 2001,                                      )
                                                    )
      Plaintiff,                                )
                                                    )
      v.                                        )     **Civ. No. 06-585 (RCL)**
                                                    )
FAME JEANS, INC.,                                   )
                                                    )
      Defendant.                                )
_____)

## ORDER

This Court has received the Court of Appeals' mandate reversing in part its Order of June 7, 2007 [35] granting defendant's motion to dismiss plaintiff's amended complaint [20]. This case did not yet proceed beyond the pre-answer motion stage before its dismissal. Accordingly, the case having been returned to this Court, it is hereby

ORDERED that defendant shall serve a responsive pleading within twenty (20) days of this date. It is further

ORDERED that plaintiff and defendant shall, within twenty (20) days of the date on which defendant's responsive pleading is filed, meet and confer and submit a proposed schedule for further proceedings, joint if agreed upon, or separately if necessary, with a proposed order(s).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, June 19, 2008.