IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001, )
Fredskovvej 5, 7330 Brande, Denmark, ) Case No.: 1:06-CV-00585-RCL
)
Plaintiff, )
)
vs. )
)
FAME JEANS, INC., )
6650 Cote de Liesse, St. Laurent, )
Quebec H4T 1 E3, Canada, )
)
Defendant. )

---

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7, defendant Fame Jeans, Inc. ("Fame Jeans") moves the Court for an enlargement of time so that its Answer to the Amended Complaint of Plaintiff Aktieselskabet af 21. November 2001 ("Plaintiff") would be due July 21, 2008. Currently, the Answer is due on July 9, 2008.

Fame Jeans respectfully requests an enlargement of time in order to accommodate the schedule of its counsel who are facing deadlines in other cases that they are working upon. An enlargement of time is necessary in order to present the Court a thorough and proper response to Plaintiff's Amended Complaint. Further, the parties will shortly file an agreed upon request for an extension of time to file the Meet and Confer Statement presently due July 29, 2008.

Counsel for Plaintiff has consented to the enlargement of time for Fame Jeans to file its Answer to the Amended Complaint to and including July 21, 2008. A copy of the parties' Stipulation is attached hereto as Exhibit "A".

**WHEREFORE**, Fame Jeans, respectfully requests the Court's permission to extend its deadline to file its response to Plaintiff's Amended Complaint, as set forth in the Stipulation.

/s/ Barry Golob
Barry Golob, Esq. (Bar No. 437754)
DUANE MORRIS LLP
Attorneys for Defendant
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com

Oliver N. Blaise, III, Esq. (Bar No. NY0066)
COUGHLIN & GERHART, LLP
*Attorneys for Plaintiff*
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawllp.com