# EXHIBIT "A"

DM2\1505385.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

AKTIESELSKABET AF 21. NOVEMBER 2001,
Fredskovvej 5, 7330 Brande, Denmark,

                   Plaintiff,

    vs.

FAME JEANS, INC.,
6650 Cote de Liesse, St. Laurent,
Quebec H4T 1 E3, Canada,

                  Defendant.

)
)
) Case No.: 1:06-CV-00585-RCL
)
)
)
)
)
)
)
)
)
)
)
)

---

### STIPULATION

The parties, by their attorneys, hereby stipulate and agree that the time for Defendant,

Fame Jeans, Inc., to respond to the Amended Complaint of Plaintiff, Aktieselskabet af 21.

November 2001 is extended to July 21, 2008.

Dated: July 9, 2008

/s/ Oliver N. Blaise, III
Oliver N. Blaise, III, Esq. (Bar No. NY0066)
COUGHLIN & GERHART, LLP
*Attorneys for Plaintiff*
20 Hawley St, 8th Floor East Tower
P.O. Box 2039
Binghamton, New York 13902-2039
Tel: (607) 723-9511
Fax: (607) 723-1530
E-mail: oblaise@cglawllp.com

Dated: July 9, 2008

/s/ Barry Golob
Barry Golob, Esq. (Bar No. 437754)
Lewis F. Gould, Jr., Esq. (*pro hac vice*)
Maxim A. Voltchenko, Esq. (*pro hac vice*)
DUANE MORRIS LLP
*Attorneys for Defendant*
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 776-5236
Fax: (202) 776-7801
E-mail: bgolob@duanemorris.com; lfgould
@duanemorris.com; mavoltchenko
@duanemorris.com

So ordered ____ day of _____, 2008.

---

United States District Court Judge