IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001,<br>Fredskovvej 5, 7330 Brande, Denmark,<br><br>       Plaintiff,<br><br>vs.<br><br>FAME JEANS, INC.,<br>6650 Cote de Liesse, St. Laurent,<br>Quebec H4T 1 E3, Canada,<br><br>       Defendant. | )<br>)<br>) Case No.: 1:06-CV-00585-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008 I personally filed the attached UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, on behalf of Defendant, Fame Jeans, Inc., using the CM/ECF system, which sent notification of such filing to the following:

Oliver N. Blaise, III, Esq.
Coughlin & Gerhart LLP
20 Hawley St.
8th Floor East Tower
Box 2039
Binghamton, NY 13902

Monica P. McCabe, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Mary Elizabeth Gately, Esq.
DLA Piper US LLP
1200 Nineteenth St., N.W.
Washington, D.C. 20036-2412

Barry Golob, Esq.
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004

                 /s/ Barry Golob