**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ───────────────────────────── ) | |
| **AKTIESELSKABET AF 21.** ) | |
| **NOVEMBER 2001,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civ. No. 06-585 (RCL)** |
| ) | |
| **FAME JEANS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ───────────────────────────── ) | |

**ORDER**

In its Order of June 19, 2008 [39], this Court ordered defendant to file a responsive pleading no later than July 9, 2008.  The parties having stipulated to an extension of time to July 21, 2008, it is hereby

ORDERED that defendant's responsive pleading shall be filed no later than July 21, 2008.

The Court's June 19, 2008 Order also directed the parties to meet and confer and submit a proposed schedule for further proceedings, joint if agreed upon, or separately if necessary, with a proposed order(s), no later than July 29, 2008.  Based on the parties' subsequent, joint communications to the Court, it is further

ORDERED that the proposed schedule shall be filed no later than August 29, 2008.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, July 10, 2008.