# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7105**　　　　　　　　　　　　　　**September Term, 2007**
FILED ON: APRIL 29, 2008

AKTIESELSKABET AF 21. NOVEMBER 2001,
　　　　　APPELLANT

v.

FAME JEANS INC,
　　　　　APPELLEE



Appeal from the United States District Court
for the District of Columbia
(No. 06cv00585)

FILED
JUN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Before: HENDERSON, ROGERS and BROWN, *Circuit Judges.*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part and reversed in part, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Date: April 29, 2008

Opinion for the court filed by Circuit Judge Brown.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk