UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKTIESELSKABET AF 21. NOVEMBER 2001, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 06-585 (RCL) |
| FAME JEANS, INC., | ) ) | |
| Defendant. | ) ) ) | |

## SCHEDULING ORDER

On August 26, 2008, the parties met and satisfied their obligations under Federal Rule of Civil Procedure 26(f). It is hereby

ORDERED that the following schedule be implemented in this case:

1. **Initial Disclosures.** The parties have conferred and agreed to forego the Initial Disclosures required by Federal Rule of Procedure 26(a)(1).

2. **Amend Pleadings and Joinder of Parties.** All motions to amend the pleadings and/or join other parties shall be filed on or before September 15, 2008.

3. **Protective Order.** The parties will jointly file a proposed Protective Order by October 1, 2008.

4. **Discovery.**

   (a) Fact discovery on all issues shall begin on September 1, 2008 and shall be commenced in time to be completed by June 1, 2009. All discovery requests must be served upon the responding party 30 days in advance of

the close of discovery.

(b) Maximum of 25 Interrogatories by each side to the other side.

(c) No limits on Requests for Admission.

(d) Maximum of 15 fact depositions per side (including Federal Rule of Civil Procedure 30(b)(6) depositions). Each deposition (other than Federal Rule of Civil Procedure 30(b)(6) witnesses) is limited to a maximum of 7 hours unless extended by agreement of the parties or by the Court. Depositions shall commence on November 18, 2008.

(e) Expert discovery shall be commenced in time to be completed under the following schedule:

  (i) Plaintiff shall designate its experts, if any, and provide the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B) no later than March 13, 2009.

  (ii) Defendant must designate its experts, if any, and provide the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B) no later than April 20, 2009.

  (iii) Each party shall designate any person who shall testify at trial as a rebuttal expert (other than as designated under (e)(ii) above), if any, and provide such rebuttal expert's required disclosures within 30 days after the other party's expert disclosure.

  (iv) Depositions of experts including rebuttal experts shall commence on May 4, 2009.

(f) The parties shall not produce confidential documents until a protective

order has been agreed upon by the parties and entered by the Court.

5. **Dispositive Motions.** All dispositive motions shall be served and filed with an opening brief on or before July 15, 2009. Answering briefs shall be served and filed on or before August 3, 2009. Reply briefs shall be served and filed on or before August 14, 2009.

6. After decision on any dispositive motion(s), the Court shall conduct a status conference, at which dates for pretrial and trial will be set, and possible alternative dispute resolution will be discussed.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, September 4, 2008.